

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-24-00076-CV
_____

IN THE INTEREST OF K.S.E., A CHILD

On Appeal from the County Court at Law
Lamar County, Texas
Trial Court No. 89914

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

On October 31, 2024, Appellant filed a notice of appeal "from the disposition and judgment of this action on September 9, 2024." Our jurisdiction is constitutional and statutory in nature. *See* TEX. CONST. art. V, § 6; TEX. GOV'T CODE ANN. § 22.220 (Supp.). This Court has jurisdiction to decide appeals from final judgments and from interlocutory orders as permitted by the Texas Legislature. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Ruiz v. Ruiz*, 946 S.W.2d 123, 124 (Tex. App.—El Paso 1997, no writ) (per curiam). The trial court has not entered a final judgment in this matter.

By letter dated January 6, 2025, we notified Appellant of this potential defect in our jurisdiction and afforded her the opportunity to demonstrate proper grounds for our retention of the appeal. We warned Appellant that if we did not receive an adequate response by January 16, 2025, we would dismiss her appeal. Appellant did not file a response to our letter.

Accordingly, we dismiss this appeal for want of jurisdiction.


Charles van Cleef
Justice

Date Submitted:     January 28, 2025
Date Decided:       January 29, 2025